IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| CHIQUITA L. HANNA, | * | |
| Plaintiff, | * | |
| v. | * | CV 415-284 |
| THE WEST BROAD STREET YOUNG MEN'S CHRISTIAN ASSOCIATION, INC., | * | |
| Defendant. | * | |

## O R D E R

On July 22, 2016, the parties filed a stipulation of dismissal with prejudice. (Doc. 28.) Upon due consideration, the Court finds that dismissal is appropriate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). **IT IS THEREFORE ORDERED** that Plaintiff's claims against Defendant are **DISMISSED WITH PREJUDICE**. The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each party shall bear its own costs.

**ORDER ENTERED** at Augusta, Georgia, this 26th day of July, 2016.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA